# United States Court of Appeals
### For the First Circuit

No. 17-6001

UNITED STATES,

Appellee,

v.

GARY LEE SAMPSON,

Defendant, Appellant.

---

**ERRATA SHEET**

The opinion of this Court issued on February 22, 2022, is amended as follows:

On the cover page, replace "Rachel S. Rollins" with "Rachael S. Rollins"

On page 3, line 7, replace "ab intio" with "ab initio"